Neil D. McGARRY, Petitioner,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.

Supreme Court of Pennsylvania.

Jan. 5, 2001.

James Asher Lynch, III, Havertown, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 5th day of January, 2001, the Petition for Allowance of Appeal is granted, limited to the issue of whether N.J.S. § 39:4–50(a) and 75 Pa.C.S. § 3731 are "of a substantially similar nature" for purposes of Article IV of the Driver's License Compact. In all other respects, the Petition is denied. The matter is to be submitted on briefs.

■

Alice K. REGESTER, in her own right and as Administratrix of the Estate of George E. Regester, III and Gary W. Regester and George E. Regester, IV and Stephen H. Regester and Patricia J. Regester and Marykay Piergalline and Dolores R. Chandler, Petitioners,

v.

LONGWOOD AMBULANCE COMPANY, INC., and Southern Chester County Medial Center, Respondents.

Supreme Court of Pennsylvania.

Jan. 5, 2001.

### ORDER

PER CURIAM:

AND NOW, this 5th day of January, 2001, the Petition for Allowance of Appeal is hereby granted, limited to the following questions:

a. Assuming, for the sake of argument, that Longwood Fire Company is a local agency under the Political Subdivision Tort Claims Act, whether the decision of Longwood's paramedics to ignore the 911 dispatcher's directions constituted "operation" of a motor vehicle under the vehicle exception to governmental immunity?